**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

LORI L WRIGHT,

     Plaintiff,

v.                                                  Case No. 20-11312

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

### JUDGMENT

In accordance with the court's Opinion and Order dated September 16, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendant Commissioner of Social Security and against Plaintiff Lori Wright. Dated at

Port Huron, Michigan this 20th day of September, 2021.

                              KINIKIA ESSIX
                              CLERK OF THE COURT

                              BY:  _s/Lisa Wagner

Dated:  September 20, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, September 20, 2021, by electronic and/or ordinary mail.

                              s/Lisa Wagner_____/
                              Case Manager and Deputy Clerk
                              (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-11312.WRIGHT.judgment.AAB.docx